# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

RICARDO SANTANA

**Write the full name of each plaintiff.**



25 No. CV 6628

(To be filled out by Clerk's Office)

-against-

WESTCHESTER COUNTY DEPARTMENT

OF CORRECTIONS

## COMPLAINT
(Prisoner)

Do you want a jury trial?
☑ Yes   ☐ No

IF NESSARY

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

RECEIVED
AUG 0 7 2025
PRO SE OFFICE

## NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/6/16

## I.    LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☑ Violation of my federal constitutional rights

☑ Other:    VIOLATION OF MEDICAL ASSISTANCE

## II.    PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

RICARDO                                SANTANA
First Name          Middle Initial          Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

#24841

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

WESTCHESTER COUNTY JAIL
Current Place of Detention

10 WOODS RD. , VALHALLA , N.Y. 10595
Institutional Address

WESTCHESTER COUNTY VALHALLA , N.Y.                10595
County, City                          State                Zip Code

## III.    PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☑ Convicted and sentenced prisoner

☑ Other:    DETAINED , COUNTY TIME

Page 2

## IV.    DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:   OFFICER          MALLORY          # 935

First Name          Last Name          Shield #

CORRECTIONAL  OFFICER

Current Job Title (or other identifying information)

10 WOODS RD.

Current Work Address

WESTCHESTER VALHALLA     N.Y.     10595

County, City          State          Zip Code

Defendant 2:   OFFICER          ADLER          #2062

First Name          Last Name          Shield #

CORRECTIONAL OFFICER

Current Job Title (or other identifying information)

10 WOODS RD.

Current Work Address

WESTCHESTER, VALHALLA     N.Y.     10595

County, City          State          Zip Code

Defendant 3:   SGT.          RODRIGUES          # 287

First Name          Last Name          Shield #

SGT. CORRECTIONAL OFFICER

Current Job Title (or other identifying information)

10 WOODS RD.

Current Work Address

WESTCHESTER, VALHALLA     N.Y.     10595

County, City          State          Zip Code

Defendant 4:

First Name          Last Name          Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City          State          Zip Code

## V.    STATEMENT OF CLAIM

Place(s) of occurrence: WESTCHESTER COUNTY JAIL 2-N-W- SHOWER,

Date(s) of occurrence: MONDAY JULY 21ST, 2025,

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

ON MONDAY JULY 21ST, 2025, while confined in the WESTCHESTER COUNTY JAIL, 2-N-W SHOWER, while I WAS DRYING OFF I SLIPPED and FELL IN THE SHOWER, DUE TO SLIP-RESISTANT SHOWER MATS NOT BEING PRESENT IN THE SHOWER, INJURED MY RIGHT HAND, WRIST, AND FOREARM, DUE TO THE EXCESIVE SLICK AND WET FLOORS IN THE SHOWER, DUE TO PRIOR INMATES USAGE OF SHOWERS AND FELT LIGHT HEADED. I AM ALSO HANDICAPED, WALK WITH A CANE, AND NONE OF THE SHOWERS ARE FOR DISABLED AND HANIDCAP PEOPLE LIKE MYSELF AND OTHERS. I EVEN COMPLAINED ABOUT THIS PROBLEM BEFORE MY INJURY HAPPEND, AND NOW AFTER MY MEDICAL INJURY, NEW FLOOR MATS ARE IN PLACE IN THE SHOWER. AND NOW I SUFFER FROM EXCRUCIATING PAIN DAY AND NIGHT IN MY RIGHT HAND, BACK, AND HEAD.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

I WAS TOLD BY MEDICAL STAFF THAT MY RIGHT HAND IS BROKEN AND FRACTURED.

## VI.    RELIEF

State briefly what money damages or other relief you want the court to order.

$1 000 000 . MENTAL PHYSICAL PAIN AND SUFFERING DUE TO LACK OF MEDICAL TREATMENT.

## VII.  PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

August 2nd 2025

Dated

Plaintiff's Signature

RICARDO

SANTANA

First Name                Middle Initial        Last Name

10 WOODS RD.

Prison Address

WESTCHESTER  VALHALLA , N.Y.                10595

County, City                        State            Zip Code

Date on which I am delivering this complaint to prison authorities for mailing:  August 2nd, 2025

Ricardo Santana
10 Woods Road
Valhalla, NY, 10595

CERTIFIED MAIL

9589 0710 5270 0232 9832 84



US POSTAGE ᴾᴵᵀNEY BOWES

ZIP 10595
02 7H
0006193888

$ 010.73°

AUG 05 2025

Pro-Se Intake Unit
500 Pearl Street
New York, NY, 10007

RECEIVED
AUG 07 2025
PRO-SE OFFICE