UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICARDO SANTANA,

                Plaintiff,

        -against-

WESTCHESTER COUNTY DEPARTMENT
OF CORRECTIONS,

                Defendant.

**ORDER**

25-CV-06628 (PMH)

PHILIP M. HALPERN, United States District Judge:

Plaintiff's address on the docket indicates that he resides at Westchester County Jail, 10 Woods Road, Valhalla, New York 10595. However, according to representations made by Defendant's counsel in a letter filed on February 2, 2026 (Doc. 21), Plaintiff has been released from custody. Specifically, Defendant's counsel represented that the Department of Corrections has confirmed that Plaintiff was "released from the Westchester County Jail on December 3, 2025, and his current address is unknown." (*Id.*). Plaintiff has not filed an updated address on the docket. As set forth in the Court's prior order, it is Plaintiff's responsibility to notify the Court in writing if his address changes, and the Court may dismiss the action if Plaintiff fails to do so. (*See* Doc. 7).

Accordingly, Plaintiff is directed to notify the Court in writing of his current address by **March 4, 2026**. Plaintiff is reminded that the Court may dismiss this action if he fails to so notify the Court in writing of a change in address, and that failure to respond to this Court's order will result in dismissal of his case. To the extent known, Defendant is directed to submit a letter notifying the Court of Plaintiff's current address by **March 4, 2026**.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff at the address on the docket.

**SO ORDERED:**

Dated:   White Plains, New York
         February 3, 2026

PHILIP M. HALPERN
United States District Judge

2