UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICARDO SANTANA,

               Plaintiff,

       -against-

WESTCHESTER COUNTY DEPARTMENT
OF CORRECTIONS,

              Defendant.

**ORDER**

25-CV-06628 (PMH)

PHILIP M. HALPERN, United States District Judge:

Ricardo Santana ("Plaintiff") commenced this action *pro se* and *in forma pauperis* against Westchester County Department of Corrections ("Defendant") on August 7, 2025. (Doc. 1). The Court issued an order of service on August 21, 2025 (Doc. 7), and Defendant was served on or about November 10, 2025 (Docs. 10, 11). Defendant, on December 5, 2025, filed a pre-motion letter in accordance with the Court's Individual Practices, seeking leave to move to dismiss Plaintiff's claims under Rule 12(b)(6). (Doc. 13). Plaintiff did not respond to the pre-motion letter and, on December 16, 2025, the Court issued an order waiving any pre-motion conference requirement, granting Defendant leave to file a motion to dismiss, and setting a briefing schedule. (Doc. 15). That order was mailed to Plaintiff at the address listed for him on the docket. (*See* December 17, 2025 Doc. Entry).

Defendant, in accordance with the briefing schedule set by the Court, filed its motion to dismiss on January 20, 2026. (Doc. 30). Plaintiff's opposition was due by February 24, 2026. (Doc. 15). Defendant, on February 2, 2026, filed a letter with the Court notifying that service of its motion to dismiss was returned, and upon inquiry, Defendant determined that Plaintiff was "released from the Westchester County Jail, [his current address of record on the docket] on December 3, 2025" and that his "current address [is] unknown." (Doc. 21). Accordingly, the Court,

by Order dated February 3, 2026, directed Plaintiff to notify the Court in writing of his current address by no later than March 4, 2026. (Doc. 23). The Court warned that "failure to respond to this Court's order will result in dismissal." (*Id.*). Additionally, the Court directed Defendant to also provide a letter notifying the Court of Plaintiff's current address, to the extent known, by March 4, 2026. (*Id.*). On March 4, 2026, Defendant notified the Court that "[a]ccording to DOC's records, the last known address of Plaintiff is: 265 W. Post Road, White Plains, NY 10606." (Doc. 24).

As to Plaintiff however, no opposition has been filed to date nor has Plaintiff communicated with the Court in any way, including failing to notify the Court of his updated current address. Given Plaintiff's *pro se* status, however, the Court *sua sponte* extends Plaintiff's time to oppose the motion to dismiss until April 30, 2026. Defendant's reply, if any, is due May 14, 2026.

Plaintiff is directed to advise the Court in writing of his current address in compliance with the Court's 2/3/2026 Order (Doc. 23) by no later than April 30, 2026. His failure to comply with this order, including advising the Court of his address, will result in dismissal of this action pursuant to Fed. R. Civ. P. 41(b).

The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff and note service on the docket, with mail delivery at the following addresses:

1. Ricardo Santana
ID: 24841
Westchester County Jail
10 Woods Road
Valhalla, NY 10595

2. Ricardo Santana
265 W. Post Road
White Plains, NY 10606

Dated: White Plains, New York
March 31, 2026

SO ORDERED:

Philip M. Halpern
United States District Judge

2