UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICARDO SANTANA,

                        Plaintiff,

        -against-

WESTCHESTER COUNTY DEPARTMENT
OF CORRECTIONS,

                    Defendant.

25-CV-06628 (PMH)

ORDER OF DISMISSAL

PHILIP M. HALPERN, United States District Judge:

By Opinion and Order dated May 27, 2026, the Court granted Defendant's motion to dismiss and granted Plaintiff thirty days leave to replead and file an amended complaint. (Doc. 29). That order specified that failure to comply would result in dismissal of the action. Plaintiff has not filed an amended complaint. Accordingly, the complaint, filed *in forma pauperis* (IFP) under 28 U.S.C. § 1915(a)(1), is dismissed and this case is terminated.

The Clerk of Court is directed to mail a copy of this order to Plaintiff, note service on the docket, and close this case.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:    July 1, 2026
          White Plains, New York

                                    _____
                                            Philip M. Halpern
                                        United States District Judge